Federal court of the Northern District of Ohio
Youngstown Division

David C. Lothien
   Plaintiff

FILED
DEC 20 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

-against-        23-cv-1660

Lawrence Joseph Wilardo
   Defendant      Reconsider

The plaintiff moves for a reconsider on the passes of Title 28 USCS 1402.

"28 U.S.C.S. 1402(B) has been construed as a venue statute," Upchurch v Piper aircraft corp. 736 F.2d 439.

"Venue under Federal tort claims act lies within district tort occured or where plaintiff resides," De Berrio v United States, 795 F. Supp. 174.

As such when the plaintiff had commenced the action the plaintiff was residing in Northeast Ohio Correctional Center Youngstown, Ohio In which because Wilardo In a federal agen, Title 28 US 1402 applyes.

"Venue as to a plaintiff's Federal tort claim act, 28 U.S.C.S. 1346(B) et seq claim is governed by 28 U.S.C.S. 1402(B), the general venue statue governing suit In which the United States is a defendant. The

Statue provides that venue in civil tort suits against United States may be brought only in the Judicial district where the plaintiff resides or wherein the act or omission complained of occured." Bartel v Federal aviation admin, 617 F.Supp.190

Since it subjected as the United States the venue is proper because of the agents.

Thank you)

Sworn To Me Before This 13th Day of December 2023

David C. Lexien

DEREK KRATTS
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01KR0016367
Qualified in Niagara County
Commission Expires November 13, 2027